# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-07286-AS | Date | November 18, 2025 |
| Title | Sino Master Industrial Ltd. v. Huayi American Corp, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SERVICE OF PROCESS ON DEFENDANTS HUAYI AMERICAN CORP, ALBERT LEE COOPER, AND ALICE GAO**

On August 6, 2025, Plaintiff Sino Master Industrial Ltd. ("Plaintiff") filed a complaint against Huayi American Corp, Albert Lee Cooper, East West Bank, Alice Gao, and Hank Huang ("Defendants"). (Dkt. No. 1). On August 11, 2025, the Clerk issued summonses as to all Defendants (Dkt. Nos. 8–12). Plaintiff thereafter submitted proofs of service establishing that it served East West Bank on August 22, 2025 and Hank Huang on August 25, 2025. (Dkt. Nos. 18–19).

More than ninety days have passed since Plaintiff filed the complaint and the Clerk issued the summonses. Yet Plaintiff has not filed proofs of service reflecting that it served Defendants Huayi American Corp, Albert Lee Cooper, or Alice Gao. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Plaintiff is therefore ORDERED TO SHOW CAUSE in writing, within fourteen days of the date of this Order, why service was not timely made on Huayi American Corp, Albert Lee Cooper, or Alice Gao, and why this case should not be dismissed against those Defendants without prejudice for failure to effectuate service and for lack of prosecution. Failure to timely file a written response to this Order may result in dismissal of this action against those Defendants for


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-07286-AS | Date | November 18, 2025 |
|---|---|---|---|
| Title | Sino Master Industrial Ltd. v. Huayi American Corp, et al. | | |

failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b).

<u>Plaintiff is reminded that each newly served party or party added to the case must be served with the Notice of Assignment at the time of service of the summons and complaint, and Plaintiff must file a proof of service indicating that Defendant was served with the Notice of Assignment.</u>

**IT IS SO ORDERED.**